LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DIANA GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | No. SACV 12-01851 E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED FORTY ONE DOLLARS AND 21/100 ($1,941.21) subject to the terms of the stipulation.

DATE: 6/17/13    _/s/_____

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-